UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

| | |
|---|---|
| JSMITH CIVIL, LLC, | CASE NO. 23-02734-JNC |
| DEBTOR. | CHAPTER 11 |

| | |
|---|---|
| JSMITH CIVIL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Adversary Case No. |
| | ) 25-00157-5-JNC |
| SOUTH ATLANTIC CONFERENCE OF SEVENTH-DAY ADVENTISTS, INC. and BRODIE CONTRACTORS INC., | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Heather Wright of Buchalter APC hereby enters her appearance as local counsel for Defendant South Atlantic Conference of Seventh-Day Adventists, Inc. ("SACSDA") in the above-captioned adversary proceeding. Counsel respectfully requests that all pleadings, notices, motions, correspondence, and other papers filed or served in this matter be directed to her at the following address:

> Heather Wright
> Buchalter APC
> 1 Music Circle South, Suite 300
> Nashville, Tennessee 37203
> Tel: (615) 986-3718
> Email: hwright@buchalter.com

Respectfully submitted this 10th day of October, 2025.

**BUCHALTER APC**

/s/ Heather Wright
NC Bar No. 28874
Heather Wright
Buchalter APC
1 Music Circle South, Suite 300
Nashville, TN 37203
Local Counsel for Defendant
South Atlantic Conference of Seventh-Day Adventists, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October 2025, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served via CM/ECF on all parties receiving electronic notice in this case, and by first-class mail to:

Joseph Z. Frost
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
Counsel for Plaintiff JSMITH Civil, LLC

/s/ Heather Wright
Heather Wright
Local Counsel for Defendant
South Atlantic Conference of Seventh-Day Adventists, Inc.