**SO ORDERED.**

**SIGNED this 5 day of December, 2025.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| IN RE:<br><br>**JSMITH CIVIL, LLC,**<br><br>DEBTOR. | CASE NO. 23-02734-5-JNC<br>CHAPTER 11 |
|---|---|
| **JSMITH CIVIL, LLC,**<br><br>*Plaintiff,*<br><br>vs.<br><br>**SOUTH ATLANTIC CONFERENCE OF SEVENTH-DAY ADVENTISTS, INC.** and **BRODIE CONTRACTORS, INC.,**<br><br>*Defendants.* | AP NO. 25-00157-5-JNC |

**ORDER ALLOWING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BRODIE CONTRACTOR, INC.'S MOTION TO DISMISS**

**THIS MATTER** coming before the Court upon the Consent Motion for Extension of Time to Respond to Defendant Brodie Contractor, Inc.'s Motion to Dismiss (the

"Extension Motion") filed by Plaintiff JSMITH CIVIL, LLC ("Plaintiff"), seeking an extension of the deadline for filing and, responding to the Motion to Dismiss [D.E. 13] in the above-captioned adversary proceeding.

**NOW, THEREFORE,** for good cause shown, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. The Extension Motion is **ALLOWED**

2. The deadline by which Plaintiff is required to respond to the Motion to Dismiss in the above-captioned adversary proceeding is extended by thirty (30) days, up to and including January 5, 2026.

**END OF DOCUMENT**