AP–009 Notice to Creditors and Other Parties in Interest – Rev. 11/25/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
JSmith Civil, LLC
    Debtor(s)

Bankruptcy Case No.:
23–02734–5–JNC

JSmith Civil, LLC
    Plaintiff(s)
    vs.
South Atlantic Conference of Seventh–Day Adventists, Inc. et al.
    Defendant(s)

Adversary Proceeding No.:
25–00157–5–JNC

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:    Tuesday, December 16, 2025
TIME:    03:00 PM
PLACE:    Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

to consider and act on the following matters:

Motion to Dismiss and Memorandum of Law in Support

and to transact all other business as may properly come before the court.

DATED: December 11, 2025

                                              Stephanie J. Butler
                                              Clerk of Court