UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**JSMITH CIVIL, LLC,**<br><br>DEBTOR. | **CASE NO. 23-02734-5-JNC**<br>**CHAPTER 11** |
| **JSMITH CIVIL, LLC,**<br><br>*Plaintiff,*<br><br>vs.<br><br>**SOUTH ATLANTIC CONFERENCE OF SEVENTH-DAY ADVENTISTS, INC. and BRODIE CONTRACTORS, INC.,**<br><br>*Defendants.* | **AP NO. 25-00157-5-JNC** |

### NOTICE OF VOLUNTARY DISMISSAL OF SOUTH ATLANTIC CONFERENCE OF SEVENTH-DAY ADVENTISTS, INC. WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Debtor-Plaintiff JSMITH CIVIL, LLC ("JSC" or "Plaintiff"), by and through undersigned counsel and in accordance with Fed. R. Civ. P. 41, hereby voluntary dismisses, without prejudice, the claims for relief asserted against SOUTH ATLANTIC CONFERENE OF SEVENTH-DAY ADVENTISTS, INC. ("SACSDA") (JSC and Plaintiff are collectively referred to herein as, the "Parties") in the Complaint [D.E. 1], with the Parties bearing their own respective attorneys' fees, costs, and expenses.

The voluntary dismissal, without prejudice, of SACSDA shall not release, discharge, impair, or otherwise affect in any manner, the claims asserted against Defendant BRODIE CONTRACTORS, INC. in the above-captioned adversary proceeding, all of which are reserved and preserved.

Respectfully submitted this, the 15th day of December, 2025.

**BUCKMILLER & FROST, PLLC**

BY: s/Joseph Z. Frost

JOSEPH Z. FROST, NCSB No. 44387
jfrost@bbflawfirm.com
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
T.: (919) 296-5040
F:  (919) 977-7101

Counsel for Plaintiff JSmith Civil, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this day, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF SOUTH ATLANTIC CONFERENCE OF SEVENTH-DAY ADVENTISTS, INC. WITHOUT PREJUDICE** was electronically filed with the CM/ECF system, notification of which was remitted to all ECF participants registered in the above-captioned adversary proceeding.

Respectfully submitted this, the 15th day of December, 2025.

s/ Joseph Z. Frost
JOSEPH Z. FROST, NCSB No. 44387
jfrost@bbflawfirm.com
BUCKMILLER & FROST, PLLC
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
Telephone:    (919) 296-5040
Telefax:        (919) 977-7101